# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TABITHA I. DENNISON, | ) |
|     PLAINTIFF, | ) |
| | ) |
| vs. | ) CASE NO. 11-CV-245-FHM |
| | ) |
| MICHAEL J. ASTRUE, Commissioner, | ) |
| Social Security Administration, | ) |
|     DEFENDANT. | ) |

## OPINION AND ORDER

Plaintiff has filed a Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act [Dkt. 21] (EAJA), 28 U.S.C. § 2412(d). The motion requests an award of $4,984.30 in attorney fees. The Commissioner filed a Response stating he has no objection to the Court awarding EAJA fees in the amount of $4,984.30.

The Court finds the hourly rate and number of hours expended to be reasonable. Plaintiff is GRANTED EAJA fees in the amount of $4,984.30. In the event attorney fees are also awarded under 42 U.S.C. § 406(b)(1), Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

SO ORDERED this <u>18th</u> day of December, 2012.

*Frank H. McCarthy*
FRANK H. MCCARTHY
UNITED STATES MAGISTRATE JUDGE

1